AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Bryce Richard Stanger and Tanya Jaynene Stanger<br><br>*Defendant(s)* | Case No. 3:21-MJ-87 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 25, 2021__ in the county of __Union and elsewhere__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 841(a)(1) and (b)(1)(A) Possession with Intent to Distribute Methamphetamine and Heroin/Fentanyl and<br>21 U.S.C. Section 846, Criminal Conspiracy | On or about August 25, 2021, in Union County and elsewhere, the defendants, did knowingly and intentionally possess with intent to distribute methamphetamine and heroin/fentanyl, scheduled controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(A), and did conspire to do so, in violation of 21 U.S.C. Section 846. |

This criminal complaint is based on these facts:
See Attached Affidavit of Probable Cause

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Mark Conrad, FBI
*Printed name and title*

Sworn to before me and signed Electronically via telephone

Date: **Sep 3, 2021**

_____
*Judge's signature*

Karoline Mehalchick, Chief U.S. Magistrate Judge
*Printed name and title*

City and state: Scranton, PA